| 1  | Susan St. Vincent                   |  |
| 2  | Yosemite Legal Officer              |
|    | NATIONAL PARK SERVICE               |
| 3  | Legal Office                        |
|    | P.O. Box 517                        |
| 4  | Yosemite, California 95389          |
|    | Telephone: (209) 372-0241           |
| 5  |                                     |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:16-mj-006-MJS |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| GILBERT VALDEZ-CHAPARRO, | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Gilbert VALDEZ-CHAPARRO failed to pay an assessment of $10, and failed to provide proof that he completed 60 hours of community service within the first 10 months of his probation.

As the legal officer, I am aware that VALDEZ-CHAPARRO, was charged with driving when privilege suspended or revoked for a conviction of driving under the influence, in violation of Title 36 Code of Federal Regulations § 4.2(b), incorporating California Vehicle Code § 14601.2(a); Failing to provide proof of financial responsibility,

1

in violation of Title 36 Code of Federal Regulations § 4.2(b), incorporating California Vehicle Code § 16028; Failing to maintain that degree of control of a motor vehicle necessary to avoid danger to persons, property or wildlife, in violation of Title 36 Code of Federal Regulation § 4.22(b)(3); and Possession of a controlled substance (marijuana), in violation of Title 36 Code of Federal Regulation § 2.35(b)(2). On June 07, 2016, VALDEZ-CHAPARRO plead guilty to the charge driving when privilege suspended or revoked for a conviction of driving under the influence. VALDEZ-CHAPARRO was sentenced to 12 months of unsupervised probation, with the conditions he pay a $10 special assessment; complete 60 hours of community service within the first 10 months of his probation; and obey all laws.

The government alleges VALDEZ-CHAPARRO has violated the following condition(s) of his unsupervised probation:

CHARGE ONE: FAILURE TO PAY SPECIAL ASSESSMENT

VALDEZ-CHAPARRO was ordered to pay a $10 special assessment immediately following entry of his judgment. As of the date of this affidavit, VALDEZ-CHAPARRO has not paid the $10 special assessment.

CHARGE TWO: FAILURE TO COMPLETE COMMUNITY SERVICE

VALDEZ-CHAPARRO was ordered to complete 60 hours of community service within the first 10 months of his probation. As of the date of this affidavit, VALDEZ-CHAPARRO has not provided any proof that he has completed his community service.

5/15/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

5/15/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

2